# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PEDRO PABLO CALIX

NO. 2023 KW 1043

**NOVEMBER 9, 2023**

---

In Re:    Pedro Pablo Calix, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 836837.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT